*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

CAMERON CAMPBELL,

Defendant-Appellant.

FOR PUBLICATION
December 16, 2025
1:31 PM

No. 368742
Wayne Circuit Court
LC No. 87-010252-01-FC

Before: K. F. KELLY, P.J., and PATEL and FEENEY, JJ.

K. F. KELLY, P.J. (*concurring*).

Because the result the majority opinion reaches is compelled by *People v Stovall*, 510 Mich 301; 987 NW2d 85 (2022), *People v Parks*, 510 Mich 225; 987 NW2d 161 (2022), *People v Boykin*, 510 Mich 171; 987 NW2d 58 (2022), and *People v Eads*, ___ Mich App ___; ___ NW3d ___ (2025) (Docket No. 357332), I concur.

/s/ Kirsten Frank Kelly

-1-